**LAQUER URBAN CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
Email: *Decker@luch.com*
200 South Los Robles Avenue, Suite 500
Pasadena, CA  91101-2432
Telephone:  (626) 449-1882
Facsimile:  (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALL CITIES ENGINEERING, INC., a California corporation,<br><br>Defendant. | CASE NO.  5:23-cv-00059-JGB-SP<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF THE ENTIRE ACTION**<br><br>[*Federal Rules of Civil Procedure*, Rule 41] |

**NOTICE IS HEREBY GIVEN** that pursuant to *Federal Rule of Civil Procedure*, Rule 41, Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., voluntarily dismiss the above-captioned action without prejudice.

DATED: May 24, 2023          LAQUER URBAN CLIFFORD & HODGE LLP

                             By:   /s/ - *Marija Kristich Decker*
                                  Marija Kristich Decker, Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.